**United States Court of Appeals**
**FOR THE EIGHTH CIRCUIT**

_____

No. 96-3999

_____

Katherine Hale,                          *
                                         *
        Appellant,                       *
                                         *
    v.                                   *
                                         *
Marvin T. Runyon, Jr., Postmaster        *
General, United States Postal            *
Service Agency, Central Region,          *
                                         *
        Appellee,                        *
                                         *   Appeal from the United States
---------------------                    *   District Court for the
                                         *   Western District of Missouri.
Katherine Hale,                          *
                                         *
        Appellant,                       *      [UNPUBLISHED]
                                         *
    v.                                   *
                                         *
Marvin T. Runyon, Jr., Postmaster        *
General; United States Postal Service,   *
Central Agency,                          *
                                         *
        Appellees.                       *

_____

Submitted: February 6, 1998
Filed: March 3, 1998

_____

Before McMILLIAN, LOKEN, and MURPHY, Circuit Judges.
_____

PER CURIAM.

Katherine Hale appeals the district court's[1] adverse grant of partial summary judgment in her employment discrimination suit against Postmaster General Marvin T. Runyon, Jr., and the United States Postal Service. Having carefully reviewed the record and the parties' submissions on appeal, we conclude the judgment was correct. Accordingly, we affirm. See 8th Cir. R. 47B.

A true copy.

Attest:

CLERK, U.S. COURT OF APPEALS, EIGHTH CIRCUIT.

---

[1]The Honorable Russell G. Clark, United States District Judge for the Western District of Missouri.